UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:17-CR-525-T-17CPT

THOMAS R. CASTILLO.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. The undersigned received the attached documents in the U.S. Mail on April 18, 2018.

After consideration, the Court directs that the attached documents be entered in the docket for this case.

The Court reminds Defendant Castillo that the Local Rules of the Middle District of Florida apply to this case; these rules are intended to supplement and complement the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and other controlling statutes and rules of Court.

Local Rule 3.01 (f) provides:

(f)   All applications to the Court (i) requesting relief in any form, or (ii) citing authorities or presenting argument with respect to any matter awaiting decision, shall be made in writing (except as provided in Rule 7(b) of the Federal Rules of Civil Procedure) in accordance with this rule and in appropriate form pursuant to Rule 1.05; **and, unless invited or directed by the presiding judge, shall not be addressed or presented to the Court in the form of a letter or the like. All pleadings and papers to be filed shall be filed with the Clerk of the Court and not with the judge thereof, except as provided by Rule 1.03(c) of these Rules.** (emphasis added).

Case No. 8:17-CR-525-T-17CPT

After consideration, the Court directs pro se Defendant Thomas R. Castillo to familiarize himself with the Federal Rules of Criminal Procedure and the Local Rules of the Middle District of Florida, and to comply with those Rules. Any further documents for this case which are mailed directly to the undersigned will be returned to Defendant Castillo. Accordingly, it is

**ORDERED** that this Order and the attached documents **shall be docketed** in this case; it is further

**ORDERED** that pro se Defendant Thomas R. Castillo **shall familiarize himself** with the Federal Rules of Criminal Procedure and the Local Rules of the Middle District of Florida, and **shall comply** with those Rules. **Any further documents which are mailed directly to the undersigned will be returned to Defendant Castillo.** The Clerk of Court **shall provide** a copy of this Order to pro se Defendant by U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 19th day of April, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Pro Se Defendant Thomas R. Castillo
2202 East Idlewild Avenue
Tampa, Florida    33610