UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:17-CR-525-T-17CPT

THOMAS R. CASTILLO
a/k/a THOMAS CASTILLO EL BEY
a/k/a TUTANKHUMUN CASTILLO EL BEY.

_____/

ORDER AND NOTICE OF FILING

This cause is before the Court sua sponte. The Clerk of Court received the attached documents in the U.S. Mail from pro se Defendant Castillo on July 11, 2019. At present, Defendant Castillo is a fugitive. Defendant Castillo may have submitted the documents in connection with the Continued Show Cause Hearing scheduled on July 18, 2019. Therefore, the Court is filing the documents in the public docket as an attachment to this document. Accordingly, it is

**ORDERED** that the documents received on July 11, 2019 **shall be filed** in the public docket, and the documents are attached to this Order.

Case No. 8:17-CR-525-T-17CPT

**DONE and ORDERED** in Chambers in Tampa, Florida on this 15th day of July, 2019.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record